

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2017

No. 04-16-00241-CR

Cody Allen **WATERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1094
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

After we granted the State's first motion for an extension of time to file the brief, it was due on April 24, 2017. On the due date, the State filed its second motion for extension of time. It requested another thirty-day extension of time to file its brief for a total extension of sixty days.

The State's motion is GRANTED. The State's brief must be filed with this court not later than May 24, 2017.

**NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE GRANTED.**

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2017.

Keith E. Hottle
Clerk of Court